

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
Direct Fax: (212) 830-3012
E-mail: kfriedman@manatt.com

March 12, 2015

Client-Matter: 40480-061

**BY ECF**

Marcia M. Waldron, Clerk
Office of the Clerk
United Stated Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**ATTN: Caitlyn, Case Manager**

    Re:    <u>Warren Havens, et al. v. Mobex Network Services, LLC, et al.</u>
              Case No.: 14-4043
              District Case No.: 2:11-cv-00993

Dear Caitlyn:

    We are counsel for appellees Paging Systems, Inc. ("PSI") and Touch Tel Corporation ("Touch Tel") in the above-referenced appeal. Please be advised that, based on the points raised and the issues presented for review in Appellants' opening brief, PSI and Touch Tel will not participate in this appeal.

    Respectfully Submitted,

    MANATT, PHELPS & PHILLIPS, LLP

    *Kenneth D. Friedman*

    By: Kenneth D. Friedman
    *Attorneys for Paging Systems, Inc.*
     *and Touch Tel Corporation*

cc:    All counsel of record (via ECF)

7 Times Square, New York, New York 10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.