- 63 -

## CERTIFICATE OF SERVICE

I, Robert W. Mauriello, Jr., swear under the penalty of perjury that according to law and being over the age of 18, that on March 25, 2015, I served the within brief on behalf of Defendant/Respondent Maritime Communications/Land Mobile, LLC in the above-captioned matter upon:

> Sean R. Kelly, Esq.
> Saiber LLC
> 18 Columbia Turnpike, Suite 200
> Florham Park, New Jersey 07932

via electronic filing and service and will transmit same by overnight courier by depositing two copies in a post-paid, properly addressed wrapper. Pursuant to Fed. R. App. P. 31, the requisite number of copies will also be sent to the Court.

Dated: March 25, 2015

       /s/ Robert W. Mauriello Jr.
       Robert W. Mauriello, Jr.
       GRAHAM CURTIN, P.A.
       4 Headquarters Plaza
       P.O. Box 1991
       Morristown, New Jersey 07962-1991
       973-292-1700
       rmauriello@GrahamCurtin.com
       Attorneys for Defendant/Respondent
       Maritime Communications/Land Mobile, LLC